1  Patrick Fredette, # 207284
   McCormick, Barstow, Sheppard,
2  Wayte & Carruth LLP
   Scripps Center, Suite 1050
3  312 Walnut Street
   Cincinnati, OH 45202
4  Telephone:   (513) 762-7520
   Facsimile:   (513) 762-7521
5
   Jay A. Christofferson, # 203878
6  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
7  P.O. Box 28912
   5 River Park Place East
8  Fresno, CA 93720-1501
   Telephone:   (559) 433-1300
9  Facsimile:   (559) 433-2300

10 Attorneys for Defendant
   INSURANCE COMPANY OF THE STATE OF
11 PENNSYLVANIA

(SPACE BELOW FOR FILING STAMP ONLY)

12                     UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14                              FRESNO DIVISION

15

16 | GBTI INC, GILL BROS TRUCKING, Harninder Gill, Harjinder Gill, Charan Gill, Pakhar Gill and Gurdial Gill, | Case No. 1:09-CV-01173-LJO-DLB |
   | --- | --- |
   | Plaintiffs, | **ORDER IN SUPPORT OF AMENDING THE SCHEDULING ORDER** |
   | v. | |
   | INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA and DOES 1 through 50, | |
   | Defendants. | |

[PROPOSED] ORDER IN SUPPORT OF AMENDING THE SCHEDULING ORDER
CASE NO. 1:09-CV-01173-LJO-DLB

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

Pursuant to the Stipulation submitted by the parties and the Declaration of Jay A. Christofferson in support thereof detailing the efforts by the parties to meet and confer relating to the issues to be determined by way of defendant's proposed motion for summary judgment and the delays caused by the weather in Atlanta, Georgia temporarily containing GBTI's proposed depositions, the Court finds good cause for amending the Scheduling Order as follows:

Dispositive Motion Deadlines:

Filing: March 7, 2011

Hearing: April 7, 2011

No other dates set forth in the October 8, 2009, Scheduling Order are modified through this amendment. Trial and Pretrial dates shall remain as previously set.

IT IS SO ORDERED.

Dated: **January 31, 2011**          /s/ *Dennis L. Beck*
                                         UNITED STATES MAGISTRATE JUDGE

MCCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

1

[PROPOSED] ORDER IN SUPPORT OF AMENDING THE SCHEDULING ORDER
CASE NO. 1:09-CV-01173-LJO-DLB